**Michael RIGGINS, Appellant,**

v.

**WEBSTER UNIVERSITY, Respondent.**

**No. 70592.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 25, 1997.

Rehearing Denied March 31, 1997.

Michael Riggins, St. Louis, Party Acting pro se.

Michael P. Burke, St. Louis, for respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals the dismissal with prejudice of his action against defendant for fail-

ure to appear for his trial date. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We affirm the judgment pursuant to Rule 84.16(b).